THE STATE OF KANSAS v. WILLIAM FORNEY.

AT the May Term, 1883, of the district court of Chase county, in the case of The State v. Wm. Forney, the defendant was found not guilty, and allowed to go hence without day. The costs of the prosecution, taxed at $74.10, were adjudged against the prosecuting witness, *J. A. Smith*, who appeals.

*Sanders & Smith*, for appellant.

*W. A. Johnston*, attorney general, *S. P. Young*, county attorney, and *Edwin A. Austin*, for The State.

*Per Curiam:* William Forney, city marshal of Cottonwood Falls, in Chase county, was charged with unlawfully and feloniously taking, stealing and carrying away in the nighttime, out of and from a drawer in a writing desk in the office of J. A. Smith, one Smith & Wesson revolving pistol, of the value of $15. The jury returned a verdict of not guilty, as to Forney; and further found that J. A. Smith was the prosecuting witness, and that the prosecution had been instituted without probable cause, and from malicious motives. Judgment was rendered in accordance with this verdict. J. A. Smith appeals to this court.

Within the authority of *The State v. Zimmerman*, ante, p. 85, the judgment of the district court must be affirmed. See also *The State v. Spencer*, 81 N. C. 519; *The State v. Adams*, 85 id. 560.